# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STEVEN K. SAVAGE | ) | CASE NO. 1:06CV2963 |
| Plaintiff(s), | ) | |
| v. | ) | |
| ERNIE MOORE, WARDEN | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

    The Court has filed its Memorandum of Opinion and Order in the above-captioned matter.  The Court finds that an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915(a)(3).  Since Petitioner has not made a substantial showing of a denial of a constitutional right directly related to his conviction or custody, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253(c)(2). Fed.R.App.P.22(b).

    IT IS SO ORDERED.

     s/Christopher A. Boyko  
    HONORABLE CHRISTOPHER A. BOYKO  
    UNITED STATES DISTRICT JUDGE

February 5, 2008